**Exhibit B**

**Budget**

($'s in 000's)

| Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ended | 08/06/21 | 08/13/21 | 08/20/21 | 08/27/21 | 09/03/21 | 09/10/21 | 09/17/21 | 09/24/21 | 10/01/21 | 10/08/21 | 10/15/21 | 10/22/21 | 10/29/21 | Total |
| **Total Receipts** | - | - | - | $170 | - | - | - | $800 | - | - | $620 | - | - | $ 1,590 |
| Intel | - | - | - | 170 | - | - | - | - | - | - | - | - | - | $170 |
| ASE | - | - | - | - | - | - | - | - | - | - | 500 | - | - | $500 |
| Micron NRE | - | - | - | - | - | - | - | 800 | - | - | - | - | - | $800 |
| VAT Refund | - | - | - | - | - | - | - | - | - | - | 120 | - | - | $120 |
| **Disbursements** | | | | | | | | | | | | | | |
| Payrolls & Related Fees (US) | - | ($245) | - | ($200) | - | ($225) | - | ($180) | - | ($205) | - | ($160) | - | ($1,215) |
| Int'l Payroll | (10) | - | (45) | - | (10) | - | (45) | - | (10) | - | - | (45) | (10) | ($175) |
| Severance/ PTO Payout | - | - | - | (35) | - | - | - | (35) | - | - | - | (35) | - | ($105) |
| Consultants | (48) | (15) | (15) | (15) | (38) | (10) | (10) | (10) | (27) | (16) | (10) | (10) | (27) | ($251) |
| Other outside services | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | ($98) |
| SBA Loan Interest Payment | (2) | - | - | - | (2) | - | - | - | (2) | - | - | - | (2) | ($8) |
| Rent (US) | - | - | - | (26) | - | - | - | - | (26) | - | - | - | (26) | ($78) |
| Telephone, Gas & Electric, Garbage (US) | - | (1) | (4) | - | - | - | (1) | (4) | - | - | (1) | (4) | - | ($15) |
| Other Utilities (Security, Office cleaning) | (3) | (0) | - | - | - | (3) | (0) | - | - | (3) | (0) | - | - | ($10) |
| Other fixed exp TW, SK (Rent, Utilities, mileages, etc) | (8) | - | (1) | - | (8) | - | (1) | - | (8) | - | (1) | - | (8) | ($34) |
| Inventory/Shipping Invoices: | | | | | | | | | | | | | | |
| Owens | - | - | - | - | - | - | (140) | - | - | - | - | - | - | ($140) |
| Brooks | - | - | - | - | - | - | - | - | - | (250) | - | - | - | ($250) |
| TransPak | - | - | - | - | - | - | - | (30) | - | - | - | - | - | ($30) |
| Other | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | ($130) |
| **Total Operating Expenses** | ($89) | ($279) | ($82) | ($294) | ($76) | ($256) | ($214) | ($277) | ($341) | ($242) | ($29) | ($272) | ($91) | ($2,538) |
| **Operating Cash Flow** | ($89) | ($279) | ($82) | ($124) | ($76) | ($256) | ($214) | $523 | ($341) | ($242) | $591 | ($272) | ($91) | ($948) |
| **Restructuring and Other Non-Recurring** | | | | | | | | | | | | | | |
| Chapter 11 Fees | (25) | (205) | (104) | (54) | (29) | (29) | (126) | (29) | (27) | (27) | (27) | (27) | (27) | ($736) |
| Other Non-Recurring | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring and Other Non-Recurring** | (25) | (205) | (104) | (54) | (29) | (29) | (126) | (29) | (27) | (27) | (27) | (27) | (27) | ($736) |
| **Total Disbursements** | ($114) | ($484) | ($186) | ($348) | ($105) | ($285) | ($340) | ($306) | ($368) | ($269) | ($56) | ($299) | ($118) | ($3,274) |
| **Net Cash Flow** | ($114) | ($484) | ($186) | ($178) | ($105) | ($285) | ($340) | $494 | ($368) | ($269) | $564 | ($299) | ($118) | ($1,684) |
| **Beginning Cash Balance** | $163 | $50 | $566 | $380 | $202 | $1,098 | $813 | $473 | $967 | $600 | $331 | $895 | $597 | $163 |
| Net Cash Flow | (114) | (484) | (186) | (178) | (105) | (285) | (340) | 494 | (368) | (269) | 564 | (299) | (118) | (1,684) |
| DIP Draw - Cash | - | 1,000 | - | - | 1,000 | - | - | - | - | - | - | - | - | $2,000 |
| Cumulative Draw | - | 1,000 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | |
| Repayment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance (min $100K)** | $50 | $566 | $380 | $202 | $1,098 | $813 | $473 | $967 | $600 | $331 | $895 | $597 | $479 | $479 |
| **DIP Loan Balance** | | | | | | | | | | | | | | |
| Opening DIP Balance | - | - | $1,000 | $1,000 | $1,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | - |
| DIP Draw | - | 1,000 | - | - | 1,000 | - | - | - | - | - | - | - | - | $2,000 |
| Proposed Roll-Up | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending DIP Loan Balance** | - | $1,000 | $1,000 | $1,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |