PAUL HASTINGS LLP
Todd M. Schwartz (Cal. Bar No. 288895)
Will Clark Farmer (Cal. Bar No. 329170)
1117 S. California Avenue
Palo Alto, California 94304
Telephone:   (650) 320-1800
Facsimile:   (650) 320-1900
E mail:      toddschwartz@paulhastings.com
             willfarmer@paulhastings.com

Nathan S. Gimpel (*pro hac vice* admission pending)
Matthew Smart (*pro hac vice* admission pending)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:   (312) 499-6000
Facsimile:   (312) 499-6100
E mail:      nathangimpel@paulhastings.com
             matthewsmart@paulhastings.com

*Proposed Attorneys for Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re, | Case No. 21-51050 (SLJ) |
| SVXR, INC., a Delaware corporation,[1] | Chapter 11 |
| Debtor. | **NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF SUBSTANTIALLY ALL DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, (II) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, AND (III) GRANTING RELATED RELIEF** |
| | Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>       Courtroom 9<br>       280 South First Street<br>       San Jose, CA 95113 |

---

[1] The last four digits of SVXR, Inc.'s federal tax identification number are (1893). The mailing address for SVXR, Inc. is 90 Bonaventura Drive, San Jose, California 95134.

NOTICE OF SALE MOTION

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 4, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California, San Jose Division (the "Bankruptcy Court"). The Debtor's chapter 11 case has been assigned to the Honorable Stephen L. Johnson, United States Bankruptcy Judge. The Bankruptcy Court is located at the address shown in the caption above.

**PLEASE TAKE FURTHER NOTICE** that on August 5, 2021, the Debtor filed the *Debtor's Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, (II) Approving the Assumption and Assignment of Executory Contracts, and (III) Granting Related Relief* [Docket No. 28] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that you will be provided with an additional notice detailing the time and place of the hearing on the Sale Motion, and the deadline by which you must file your objection to the Sale Motion, if any.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to Sale Motion must (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules, and any order governing the administration of this chapter 11 case; (iii) state with specificity the nature of the objection; and (iv) be filed with the Clerk of the Court at 280 South First Street, Room 3035, San Jose, California 95113. At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtor so as to be received on or before the objection deadline.

**PLEASE TAKE FURTHER NOTICE** that if you do not file an objection by the date it is due or in accordance with the above procedures, the court may grant the relief requested in the Sale Motion without holding a hearing.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Sale Motion. You should read the Sale Motion carefully and you may want to discuss them with your attorney. Copies of the Sale Motion can be viewed or obtained by: (i) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov; (ii) contacting the Office of the Clerk of the Court

- 2 -
NOTICE OF SALE MOTION

Case: 21-51050    Doc# 29    Filed: 08/05/21    Entered: 08/05/21 22:13:11    Page 2 of 3

at 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102; or (iii) from the Debtor's proposed claims and noticing agent, Omni, at https://omniagentsolutions.com/svxr, by calling (866) 956-2144 (toll free) or by email at: svxrinquiries@omniagnt.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 5, 2021

PAUL HASTINGS LLP

By  /s/ Todd Schwartz
     TODD SCHWARTZ

*Proposed Attorneys for Debtor and Debtor in Possession*