PAUL HASTINGS LLP
Todd M. Schwartz (Cal. Bar No. 288895)
Will Clark Farmer (Cal. Bar No. 329170)
1117 S. California Avenue,
Palo Alto, California 94304
Telephone:      (650) 320-1800
Facsimile:      (650) 320-1900
E mail:         toddschwartz@paulhastings.com
                willfarmer@paulhastings.com

Nathan S. Gimpel (admitted *pro hac vice*)
Matthew Smart (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:      (312) 499-6000
Facsimile:      (312) 499-6100
E mail:         nathangimpel@paulhastings.com
                matthewsmart@paulhastings.com

*Proposed Attorneys for Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 21-51050 (SLJ) |
| SVXR, Inc., a Delaware Corporation,[1] | Chapter 11 |
| Debtor | **GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** |

---

[1]   The last four digits of SVXR, Inc.'s federal tax identification number are (1893).  The mailing address for SVXR, Inc. is 90 Bonaventura Drive, San Jose, California 95134.

1
2
3
4
5
6

      The above-captioned debtor and debtor in possession (the "<u>Debtor</u>"), has filed its Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statement of Financial Affairs (the "<u>Statement</u>") in the United States Bankruptcy Court for the Northern District of California (the "<u>Bankruptcy Court</u>"). The Debtor, with the assistance of its legal advisors, prepared the Schedules and Statement in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      While the Debtor's management has made reasonable efforts to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statement, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statement contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statement are complete. The Debtor reserves all rights to amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to any claim (as defined in section 101(5) of the Bankruptcy Code, "<u>Claim</u>") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor. Nothing contained in the Schedules and Statement shall constitute a waiver of any right of the Debtor or an admission with respect to its chapter 11 case (including, but not limited to, issues involving claims, defenses, equitable subordination,

27
28

and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statement as may be necessary or appropriate.

The Debtor and its agents and attorneys do not guarantee or warrant to the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtor or its agents and/or attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents and attorneys are advised of the possibility of such damages.

Mr. Daniel Trepanier, Chief Executive Officer and President of the Debtor, has signed the Debtor's Schedules and Statement. Mr. Trepanier is an authorized signatory for the Debtor and the appointed Responsible Individual in this chapter 11 case. In reviewing and signing the Schedules and Statement, Mr. Trepanier has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal advisors. Mr. Trepanier has not

- 2 -

(and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors.

Disclosure of information in one or more Schedules or the Statement, or one or more exhibits or attachments to the Schedules or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statement. The Global Notes should be referred to and considered in connection with any review of the Schedules and Statement. In the event that the Schedules and/or Statement differ from these Global Notes, the Global Notes control.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of Case.** On August 4, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The information provided herein, except as otherwise noted, is reported as of the close of business the day before the Petition Date. Certain information, including the valuations of the Debtor's assets, excluding intellectual property assets, is provided as of **June 30, 2021**, which was the last month-end closing prior to the Petition Date with substantially complete financial reporting information available to the Debtor as of the date hereof.

2. **Basis of Presentation.** These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements prepared by the Debtor. Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements. To the extent the Debtor shows more liabilities than assets in the Schedules and Statement,

- 3 -

Case 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 4 of 83

this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

3. **Reservations and Limitations.** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement the Schedules and Statement from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statement constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4. **No Admission.** Nothing contained in the Schedules and Statement is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtor or its estate, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

**GENERAL DISCLOSURES APPLICABLE TO SCHEDULES AND STATEMENT**

1. **Causes of Action.** Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statement, including causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of

- 4 -

GLOBAL NOTES REGARDING DEBTOR'S
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

2.  **Recharacterization.** The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement. However, the Debtor may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtor's business. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3.  **Claim Designations.** Any failure to designate a claim in the Schedules and Statement as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statement on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves all of its rights to amend its Schedules and Statement as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtor.

4.  **Unknown and Undetermined Amounts.** The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

5. **Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered on August 11, 2021 in the Debtor's chapter 11 case (collectively, the "First Day Orders"), the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders. Regardless of whether such claims are listed in the Schedules and Statement, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtor reserves all rights to amend or supplement its Schedules and Statement.

6. **Other Paid Claims.** To the extent the Debtor has reached any postpetition settlement with a vendor or other creditor, including regarding any cure amounts in connection with an executory contract or unexpired lease, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statement, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtor pays any of the claims listed in the Schedules and Statement pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend and supplement the Schedules and Statement and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets, and substantially all estate assets have been marketed over the past year to effectuate the Debtor's bidding procedures and proposed sale. For these reasons, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined or unknown. Accordingly, unless otherwise indicated, for all asset values, net book values as of June 30, 2021 are reflected on the Schedules and Statement. Exceptions to this include intellectual property assets, which are listed as undetermined or unknown amounts, as the net book values might differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtor reserves all of its

- 6 -

rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statement. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statement or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statement does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statement shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

8. **Liabilities.** The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor reserves the right to amend the Schedules and Statement as it deems appropriate in this regard.

9. **Excluded Assets and Liabilities.** The Debtor may have excluded amounts for which the Debtor has paid or has been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court. The Debtor may also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

10. **Confidential or Sensitive Information.** There may be instances in which certain information in the Schedules and Statement intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or

- 7 -

GLOBAL NOTES REGARDING DEBTOR'S
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect the Debtor or third party.

**11. Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statement. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

**12. Contingent Assets.** The Debtor, despite reasonable efforts, may not have identified and/or set forth all of its causes of action against third parties as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions it may have and nothing contained in these Global Notes or the Schedules and Statement shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

**13. Intellectual Property Rights.** Intellectual property assets of the Debtor are not presented at net book value, and the value of such assets is undetermined. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by its terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by its terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtor reserves all of its rights with respect to the legal status of any and all intellectual property rights.

**14. Executory Contracts.** The Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

- 8 -

**15. Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

**16. Fiscal Year.** The Debtor's fiscal year ends on or about December 31st.

**17. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**18. Property and Equipment.** Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statement on Schedule G. Nothing in the Schedules and Statement is or shall be construed as an admission to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to same.

**19. Insiders.** In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code, or otherwise considered an "insider" under bankruptcy law, during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statement is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statement has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtor; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtor; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the

Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

**20. Totals.** All totals that are included in the Schedules and Statement represent totals of all the known amounts included in the Schedules and Statement. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

## SPECIFIC SCHEDULES DISCLOSURES

**1. Specific Notes Regarding Schedule A/B**

 **a. Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's First Day Emergency Motion for Entry of an Order (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System And (B) Honor Certain Prepetition Obligations Related Thereto And (Ii) Granting Related Relief* [Docket No. 18] (the "Cash Management Motion") and the order of the Bankruptcy Court granting the Cash Management Motion [Docket No. 50]. Schedule A/B, Question 3 lists actual cash balances as of June 30, 2021, which date is consistent with the valuations of the Debtor's assets as provided in the Schedules and Statement and discussed herein. Additionally, the Bankruptcy Court, pursuant to that certain *Final Order (I) Determining Adequate Assurance Of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Services, (III) Establishing Procedures For Determining Adequate Assurance Of Payment, And (IV) Granting Related Relief* [Docket No. 55], authorized the Debtor to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of approximately $2,625. That deposit is not listed on Schedule A/B, Part 2, because such deposit had not been segregated as of the Petition Date. Finally, the Debtor records and characterizes certain prepayments to suppliers of tools the

- 10 -

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 11 of 83

Debtor uses in its operations, listed at Part 2, lines 8.1 and 8.2, as Inventory Prepayments.

b. **Schedule A/B- Part 3 – Accounts Receivable.** Schedule A/B, Part 3 reflects customer A/R balances as of June 30, 2021. Included in the balance is A/R of approximately $120,000 due as a refund from the tax authorities of the Republic of China (Taiwan). It is undetermined when this receivable may be distributed by the taxing authorities of the Republic of China (Taiwan).

c. **Schedule A/B, Part 5 – Inventory.** On July 24, 2021, the Debtor performed a physical inventory of it inventory assets in connection with its proposed sale in this chapter 11 case. The current value of the debtor's interest in its inventory is stated as of June 30, 2021.

d. **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The net book value of the Debtor's interest in the intellectual property assets listed in Attachment A/B Part 10 is undetermined. Similarly, the current value of the Debtor's interest in such assets is unknown.

2. **Specific Notes Regarding Schedule D**

A detailed description of the Debtor's prepetition debt structure and collateral relating to the debts contained on Schedule D are contained in the *Amended Declaration of Daniel Trepanier In Support Of First Day Motions and Related Relief* [Docket No. 45].

Pursuant to that certain U.S. Small Business Administration Security Agreement, dated as of April 1, 2020, by and between the Debtor and the SBA, the Debtor granted the SBA a security interest in substantially all of the Debtor's assets in consideration for the extension of $500,000 in secured credit. In connection therewith, the Debtor executed a note, with loan amount of $500,000, dated as of April 1, 2020, by and between the Debtor and the U.S. Small Business Administration, entered into under that certain U.S. Small Business Administration program for Economic Injury Disaster Loans (Loan Number EIDL 4323397009).

- 11 -

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 12 of 83

COMET Technologies USA Inc. holds a "precautionary" lien on certain equipment that the Company leases from Comet. Comet's UCC Financing Statement provides that the lien is precautionary and was submitted in the event that the parties' lease would be found to be a transaction creating a security interest. The Debtor would dispute that the equipment lease between the Debtor and Comet creates any security interest in the equipment.

In connection with:  (i) the Secured Note Purchase Agreement, dated as of November 19, 2020, by and among the Debtor and the purchasers of the Secured Notes (as defined therein) in an aggregate principal amount of up to $6,000,000; (ii) the Secured Promissory Notes, issued on various dates, by and between the Debtor and the Holders (as defined therein); and (iii) the Security Agreement, dated as of November 19, 2020, by and between the Debtor and the Secured Parties (as defined therein), the Debtor granted the Secured Parties a continuing lien on and security interest in substantially all of the Debtors assets, which lien is expressly subordinated in payment to the lien held by the U.S. Small Business Administration (pursuant to the terms of the Secured Note Purchase Agreement).

3. **Specific Notes Regarding Schedule E/F**

    a. **Creditors Holding Priority Unsecured Claims.**  The listing of any claim on Schedule E/F does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtor reserves all of its rights to dispute the amount and/or the priority status of any claim on any basis at any time.  Pursuant to the *Debtor's First Day Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 19] (the "Employee Wage Motion"), the Debtor is seeking authority to, among other things, pay or honor certain prepetition obligations for employee wages, salaries, bonuses and other

- 12 -

compensation, reimbursable employee expenses, and employee medical and similar benefits. The Bankruptcy Court authorized the relief requested in the Employee Wage Motion on an interim basis. *See* [Docket No. 56]. The Debtor has not included on Schedule E/F the amounts of any prepetition obligations for employee wages and benefits, as of the Petition Date, that the Debtor has paid, or is seeking authority to pay, pursuant to the Employee Wage Motion. The Debtor believes that all such claims have been, or will be, satisfied in the ordinary course during its chapter 11 case pursuant to the authority granted by the Bankruptcy Court's interim order approving the relief requested in the Employee Wage Motion or other order that may be entered by the Bankruptcy Court.

**b. Creditors Holding Nonpriority Unsecured Claims.** The Debtor has used its reasonable best efforts to list all general unsecured claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records. Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include estimated rejection damage claims of the counterparties to the executory contracts and unexpired leases that may be rejected after the filing of these Schedules, to the extent such damage claims exist. Schedule E/F includes certain non-priority, employee claims that the Debtor is not seeking authority to pay pursuant to the Employee Wage Order.

**c. Schedule E/F - Trade Payables.** Trade Payables listed on Schedule E/F contain the prepetition liability information available to the Debtor as of the Petition Date.

**4. Specific Notes Regarding Schedule G**

While the Debtor's existing books, records, and financial systems have been relied upon to identify and schedule executory contracts for the Debtor, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. The Debtor does not make, and

specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatement, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatement, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

In the ordinary course of business, the Debtor may have issued purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

As a general matter, certain of the Debtor's executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to

- 14 -

avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

The Debtor hereby reserve all of its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtor reserves all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

In the ordinary course of business, the Debtor may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

- 15 -

The Debtor generally has not included on Schedule G any insurance policies, the premiums for which have been prepaid. The Debtor assumes that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtor. Nonetheless, the Debtor recognizes that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtor may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtor reserves all of its rights to amend Schedule G to include such policies, as appropriate.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

5. **Specific Notes Regarding Schedule H**

a. **Co-Debtor.** The former President of the Debtor, David L. Adler, is a guarantor of the EIDL Loan issued by the U.S. Small Business Administration. On June 8, 2020, the Debtor and Mr. Adler entered into that certain Reimbursement and Security Agreement, which provides Mr. Adler a lien on substantially all of the Debtor's assets should he be required to repay the EIDL Loan, and the Debtor fails to reimburse him for such payment.

- 16 -

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 17 of
83

**SPECIFIC STATEMENT DISCLOSURES**

**Part 2, Question 3 - Payments or Transfers Made to Creditors Within 90 Days Preceding Commencement of this Case.** All payments or transfers made to Creditors within 90 days preceding commencement of this case with an aggregate value of less than $6,825 have been excluded.

**Part 2, Question 4 - Payments or Transfers Made Within 1 Year Preceding Commencement of This Case to Creditors Who are or Were Insiders.** "Wages" payments include certain expense reimbursements for expenses incurred by the listed-insiders in the ordinary course of their work for the Debtor.

**Part 11, Question 21 – Property Held for Another.** The FF65 Xray System listed in the Debtor's Statement is leased by the Debtor. The equipment lease with Yxlon (Comet) is included in the Debtor's Schedule G, and the Yxlon (Comet) equipment is listed at Item 50.1 in Schedule A/B.

**Part 13, Question 28 – Debtor's Officers, Directors, Members in Control, Controlling Shareholders, or other People in Control of the Debtor at the Time of the Filing of this Case.** The interests held by Messrs. Jupina, Trepanier, and Stultz are held in the form of options, not Common Stock of the Debtor. Thus, Messrs. Jupina, Trepanier, and Stultz are not listed on the Debtor's list of Equity Holders. The "% interest" in the Debtor held on account of such options is based on the fully diluted ownership percentage of Messrs. Jupina, Trepanier, and Stultz on account of such options.

**Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Under the Debtor's Omnibus Stock Incentive Plan, within one year of the Petition Date, the Debtor issued Common Stock options in the following amounts, to the following insiders: Michael Jupina (175,000); Sudhakar Raman (450,000); Daniel Trepanier (200,000); and Trep

- 17 -

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 18 of 83

1  Capital LLC (140,000).  The majority of such options have not vested.  200,000 Common Stock

2  options issued to Scott Jeweler within a year before the Petition Date expired and were forfeited.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLOBAL NOTES REGARDING DEBTOR'S
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

| Debtor Name | **SVXR, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **21-51050** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   Summary of Assets

---

*1. Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*........................................................................

| |
|---|
| $0.00 |

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...................................................................

| |
|---|
| $31,080,951.42 |

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.....................................................................

| |
|---|
| $31,080,951.42 |

---

**Part 2:**   Summary of Liabilities

---

2.   *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

| |
|---|
| $8,716,410.00 |

3.   *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*............................................

| |
|---|
| $0.00 |

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

**+**
| |
|---|
| $1,086,455.87 |

4.   **Total liabilities** .......................................................................................
Lines 2 + 3a + 3b

| |
|---|
| $9,802,865.87 |

| Debtor Name | **SVXR, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Northern District of California** | |
| Case number (if known): | **21-51050** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | $125.01 |

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | Checking | *7802 | $189,882.53 |
| 3.2 | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | Checking | *7792 | $936,303.01 |
| 3.3 | Shanghai Commercial and Savings Bank<br>Sung Nan Branch<br>No 275, Sec 4, Hsin Yi Rd<br>Taipei City, Taiwan | Checking | *9276 | $14,025.04 |

4. **Other cash equivalents**

| 5. | **Total of Part 1** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1,140,335.59** |

**Part 2:**     **Deposits and prepayments**

6.    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | 2 months rental deposit (KH):<br>Kaohsiung (KH) Taiwan<br>Floor 66, No. 332332<br>Mingcheng 2nd Road<br>Zuoying District Kaohsiung City<br>Taiwan | $1,530.80 |
| 7.2 | Security deposit for Bonaventura:<br>MAI One, LLC<br>50 Bonaventura Dr<br>San Jose, CA 95134 | $5,000.00 |
| 7.3 | Singapore Salary Deposit (Andy Khor)<br>Papaya Global<br>1460 Broadway<br>New York, NY 10036 | $15,688.64 |
| 7.4 | Gas and Electric utility deposits<br>Pacific Gas and Electric<br>Box 997300<br>Sacramento, CA 95899-7300 | $930.00 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | Inventory Prepayment<br>DNIV | $112,747.50 |
| 8.2 | Inventory Prepayment<br>Owen Design | $468,711.00 |
| 8.3 | Insurance Prepayment - E&O<br>Risk Strategies | $12,798.09 |
| 8.4 | Insurance Prepayment - GP<br>Risk Strategies | $15,446.98 |
| 8.5 | Insurance Prepayment - GP Excess<br>Risk Strategies | $4,593.75 |

| 8.6 | Insurance Prepayment - D&O Risk Strategies | $39,381.61 |
| 8.7 | Insurance Prepayment - Group Life Insurance Taiwan Prepaid | $1,823.00 |

**9.   Total of Part 2**
Add lines 7 through 8.  Copy the total to line 81.                     **$678,651.37**

---

**Part 3:**  **Accounts Receivable**

---

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | $   2,464.50 | - | $0.00 | = | $2,464.50 | |
| | face amount | | doubtful or uncollectible accounts | | Cobra Receivable | |
| 11a. 90 days old or less: | $120,000.00 | - | $0.00 | = | $120,000.00 | |
| | face amount | | doubtful or uncollectible accounts | | Taiwan VAT Refund Expected | |
| 11b. Over 90 days old: | $2,258.59 | - | $0.00 | = | $2,258.59 | |
| | face amount | | doubtful or uncollectible accounts | | Cobra Receivable | |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$124,723.09**

---

**Part 4:**  **Investments**

---

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds of publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

**Part 5:       Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw Materials** | | | | |
| 19.1   Raw Materials/Parts | 7/24/2021 | | Average Cost | $1,083,277.94 |
| **20.  Work in progress** | | | | |
| 20.1   Work in Progress | 7/24/2021 | | Average Cost | $409,228.83 |
| **21.  Finished goods, including goods held for resale** | | | | |
| 21.1   X200 Xray Inspection Finished Goods | 7/24/2021 | | Average Cost | $996,022.58 |
| **22.  Other inventory or supplies** | | | | |
| 22.1   Software Licenses | 7/24/2021 | | Average Cost | $5,538.00 |
| 22.2   Service Parts | 7/24/2021 | | Average Cost | $39,783.32 |
| 22.3   Inventory in transit | 7/24/2021 | | Average Cost | $3,462.33 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                    **$2,537,313.00**

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No.
    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No.
    ☐ Yes.      Book Value $ _____   Valuation Method _____   Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|----------------------------------------|------------------------------------|
| **28.** **Crops - either planted of harvested** | | | |
| **29.** **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |

31.  **Farm and fishing supplies, chemicals, and feed**

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6**
     Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

     ☐ No.
     ☐ Yes.

     **Is any of the debtor's property stored at the cooperative?**

     ☐ No.
     ☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No.
     ☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

     ☐ No.
     ☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1   Office Furniture | $0.00 | | Unknown |
| 39.2   Chairs, Desks, Tables, Lamps | $0.00 | | Unknown |
| **40.  Office fixtures** | | | |
| 40.1   Lab Screen | $2,311.96 | | $2,311.96 |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   IT Switches | $3,906.68 | | $3,906.68 |
| 41.2   Server | $3,890.63 | | $3,890.63 |
| 41.3   Demo System | $293,698.60 | | $293,698.60 |
| 41.4   Cimetrix In-House Software | $11,666.42 | | $11,666.42 |
| 41.5   Cimetrix License US-Apps Team | $6,083.30 | | $6,083.30 |
| 41.6   Next Technik License FSM | $7,442.16 | | $7,442.16 |
| 41.7   KLARF 1.2 Writer Librart Software | $11,572.00 | | $11,572.00 |
| 41.8   Air Compressor for 70 Lab Inv#66482 | $7,259.90 | | $7,259.90 |
| 41.9   Air Compressor for 90 Lab Inv#63647 | $3,362.26 | | $3,362.26 |
| 41.10  Yokogawa CW500-B1-D | $1,564.71 | | $1,564.71 |

42. **Collectibles**
    Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                    **$352,758.62**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No.
    ☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

**Part 8:**     Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | Yxlon (Comet) | Unknown | | | Unknown |
|---|---|---|---|---|---|
| | See SOFA, Part 11, No. 21.1 | | | | |

51.   **Total of Part 8.**                                                      Unknown
Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No.
☐ Yes.

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 9:     Real property**

54.   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | Office Building<br>90 Bonaventura Drive<br>San Jose, CA 95134 | Leasehold | Unknown | | Unknown |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.2 | Office Building<br>3F, No. 21, Taihe Road, Zhubei City<br>Hsinchu County 30267, Taiwan<br>(R.O.C.) | Leasehold | Unknown | Unknown |

**56.  Total of Part 9.**                                                                                                                    Unknown

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.
☐ Yes.

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1   See Exhibit AB60 | None | | Unknown |
| 60.2   Contributed patents from Founder David Adler | $183,750.00 | Series Seed Valuation | $183,750.00 |
| **61.  Internet domain names and websites** | | | |
| 61.1   Domain Name: svxr.com | None | | Unknown |
| 61.2   Domain Name: svxr.org | None | | Unknown |

62.  **Licenses, franchises, and royalties**

   62.1  See Exhibit AB62                                    None                                        Unknown

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.                                        **$183,750.00**

67.  **Do your lists or records include personally identifiable information of customers?**

   ☑ No.
   ☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No.
   ☑ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____  -  _____  =
    Total face amount      Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| | | |
|---|---|---|
| 72.1 Federal NOLs | Various | $12,500,000.00 |
| 72.2 State NOLs | Various | $13,000,000.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Nature of claim

    Amount Requested

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    Nature of claim

    Amount Requested

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

| | |
|---|---|
| 77.1 Deferred System Cost of Goods | $233,463.00 |

| | | |
|---|---|---|
| 77.2 | Deferred Warranty Labor COGs | $329,956.75 |

**78.** **Total of Part 11.** $26,063,419.75
Add lines 71 through 77.  Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

Case 21-51050    Doc# 83    Filed 09/27/21    Entered 09/27/21 21:07:12    Page 33 of 83

Debtor  SVXR, Inc.                                                    Case Number (if known) 21-51050

| Part 12: | Summary |

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,140,335.59 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $678,651.37 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $124,723.09 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $2,537,313.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $352,758.62 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | Unknown | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | Unknown |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $183,750.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $26,063,419.75 | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | $31,080,951.42  **+** 91b. | Unknown |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92........................................................................ | | $31,080,951.42 |

Case 21-51050   Doc# 85   Filed 08/27/21   Entered 08/27/21 21:07:12   Page 34 of 83

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 60

PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE
SECRETS

SVXR, Inc.
Case No. 21-51050
SOAL AB 60. Patents, copyrights, trademarks, or trade secrets

| Mark | Jurisdiction | Registration No. or Application No. | IC | Filing Date | Patent No. | Issue Date | Description | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|---|
| X200 | USA | 90284327 | 090 | 10/28/2020 | | | Downloadable industrial process control software; Electro-optical instruments for use in inspection and measurement of industrial components; Industrial X-ray apparatus in the nature of testing equipment for determining industrial flaws; Instruments for detecting and measuring two-dimensional distribution of force and pressure; Water testing instrumentation for monitoring and detecting contamination; X-ray apparatus not for medical purposes. | Unknown |
| SVXR | USA | 90278931 | 090 | 10/26/2020 | | | Downloadable industrial process control software; Electro-optical instruments for use in inspection and measurement of industrial components; Industrial X-ray apparatus in the nature of testing equipment for determining industrial flaws; Instruments for detecting and measuring two-dimensional distribution of force and pressure; Water testing instrumentation for monitoring and detecting contamination; X-ray apparatus not for medical purposes. | Unknown |
| | US | 16/786912 | | 2/10/2020 | | | Devices Processed Using X-Rays | Unknown |
| | TW | 108123714 | | 7/5/2019 | | | Super-Resolution X-ray Imaging Method and Apparatus | Unknown |
| | US | 16/874,248 | | 5/14/2020 | | | Method and Apparatus for Rapid Inspection of Subcomponents of Manufactured Component | Unknown |
| | PCT | PCT/US20/33586 | | 5/19/2020 | | | Method and Apparatus for Rapid Inspection of Subcomponents of Manufactured Component | Unknown |
| | TW | 109118092 | | 5/29/2020 | | | Method and Apparatus for Rapid Inspection of Subcomponents of Manufactured Component | Unknown |
| | US | 16/830,108 | | 3/25/2020 | | | Method and Apparatus Rapidly Classifying Defects in Subcomponents of Manufactured Component | Unknown |
| | PCT | PCT/US20/32698 | | 5/13/2020 | | | Method and Apparatus Rapidly Classifying Defects in Subcomponents of Manufactured Component | Unknown |
| | TW | 109118091 | | 5/29/2020 | | | Method and Apparatus Rapidly Classifying Defects in Subcomponents of Manufactured Component | Unknown |
| | US | 16/924581 | | 7/9/2020 | | | Methods and Systems for Detecting Defects in Devices Using X-rays | Unknown |
| | PCT | PCT/US20/41508 | | 7/10/2020 | | | | Unknown |
| | TW | 109123429 | | 7/10/2020 | | | Methods and Systems for Detecting Defects in Devices Using X-rays | Unknown |
| | US | 16/924645 | | 7/9/2020 | | | Methods and Systems for Defects Detection and Classification Using X-rays | Unknown |
| | PCT | PCT/US20/41514 | | 7/10/2020 | | | | Unknown |
| | TW | 109123431 | | 7/10/2020 | | | Methods and Systems for Defects Detection and Classification Using X-rays | Unknown |
| | US | 16/924663 | | 7/9/2020 | | | Methods and Systems for Process Control Based on X-ray Inspection | Unknown |
| | PCT | PCT/US20/41520 | | 7/10/2020 | | | | Unknown |
| | TW | 109123432 | | 7/10/2020 | | | Methods and Systems for Process Control Based on X-ray Inspection | Unknown |
| | US | 16/924706 | | 7/9/2020 | | | Methods and Systems for Product Failure Prediction based on X-ray Image Re-examination | Unknown |
| | PCT | PCT/US20/41527 | | 7/10/2020 | | | | Unknown |
| | TW | 109123433 | | 7/10/2020 | | | Methods and Systems for Product Failure Prediction based on X-ray Image Re-examination | Unknown |
| | US | 16/924747 | | 7/9/2020 | | | Methods and Systems for Manufacturing Printed Circuit Board based on X-ray Inspection | Unknown |
| | PCT | PCT/US20/41536 | | 7/10/2020 | | | | Unknown |
| | TW | 109123434 | | 7/10/2020 | | | Methods and Systems for Manufacturing Printed Circuit Board based on X-ray Inspection | Unknown |
| | PCT | PCT/US20/41546 | | 7/10/2020 | | | | Unknown |
| | TW | 109123435 | | 7/10/2020 | | | | Unknown |
| | US | 63/062299 | | 8/6/2020 | | | Methods and Systems for Inspecting Integrated Circuits Based on X-rays | Unknown |
| | US | 13/987808 | | 9/4/2013 | 9129715 | 9/8/2015 | High Speed X-Ray Inspection Microscope | Unknown |
| | US | 14/732674 | | 6/6/2015 | 9607724 | 3/28/2017 | Devices Processed Using X-Rays | Unknown |
| | US | 15/231774 | | 8/8/2016 | 9646732 | 5/9/2017 | High Speed X-Ray Microscope | Unknown |
| | US | 15/470726 | | 3/27/2017 | 10559396 | 2/11/2020 | Devices Processed Using X-Rays | Unknown |
| | US | 16/053627 | | 8/2/2018 | 10692184 | 6/23/2020 | Super-Resolution X-ray Imaging Method and Apparatus | Unknown |
| | US | 16/879073 | | 5/20/2020 | | | Super-Resolution X-ray Imaging Method and Apparatus | Unknown |
| | US | 16/924769 | | 7/9/2020 | | | Methods and Systems for Printed Circuit Board Design Based on Automatic Corrections | Unknown |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 62

LICENSES, FRANCHISE, AND ROYALTIES

| Description |
| --- |
| Paychex Service Agreement, dated as of June 25, 2020, by and between the Company and Paychex, Inc. and the addenda thereto  (Paychex IP licensed to Debtor). |
| Cimetrix License Agreement, by and between the Company and Cimetrix and the associated POs thereto (Cimetrix IP licensed to Debtor). |
| Framework Agreement, dated as of October 9, 2018, by and between the Company and VAAREX Imaging Corporation (Varex IP licensed to Debtor, and Debtor IP licensed to Varex). |
| Collaboration and Joint Development Agreement, dated as of March 18, 2019, by and between the Company and Advance Semiconductor Engineering, Inc. and the statements of work thereto (Debtor IP licensed to ASE, and ASE IP licensed to Debtor). |
| Master Services Agreement, dated as of September 27, 2018, by and between the Company and SSS Group, Inc. and the statements of work thereto (SSS IP licensed to Debtor). |
| Master Services Agreement, dated as of January 10, 2021, by and among the Company and Papaya Global Inc. and Papaya Global (HK) Limited (Software as a Service (Saas) License). |
| Agreement, dated as of January 10, 2021, by and among the Company and Papaya Global Inc. (Papaya IP licensed to Debtor). |
| Venue Terms and Conditions of Service, by and between the Company and Donnelley Financial LLC (Donnelley IP licensed to Debtor). |

| Debtor Name | SVXR, Inc. |
|---|---|

**United States Bankruptcy Court for the Northern District of California**

Case number (if known): **21-51050**

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D - Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|

### 2.1

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| ASE TEST LIMITED | SUBSTANTIALLY ALL DEBTOR'S ASSETS | $1,303,800.00 | $1,303,800.00 |

Creditor's mailing address

RM 1901, 19/F TWTC INTL TRADE BLDG
333 KEELUNG RD, SECT 1
TAIPEI, 11012
TAIWAN, ROC

Creditor's email address, if known

**Describe the lien**
See Global Notes

Date debt was incurred  November 19, 2020

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Last four digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines      as Second Priority

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.2

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| DAVID ADLER | SUBSTANTIALLY ALL DEBTOR'S ASSETS | $683,260.00 | $683,260.00 |

Creditor's mailing address

6060 GUADALUPE MINES COURT
SAN JOSE, CA 95120

Creditor's email address, if known

**Describe the lien**
See Global Notes

Date debt was incurred  November 19, 2020

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Last four digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines      as Second Priority

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | $8,716,410.00 |
|---|---|

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    1 of 7

| **Part 1:** | Additional Page(s) |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.3**

Creditor's name

GRAND PROCESS TECHNOLOGY CORPORATION

Creditor's mailing address

NO 89, SECT 6, ZHONGUA RD
XIANGSHAN DISTRICT
HSINCHU CITY, 30095
TAIWAN, ROC

Creditor's email address, if known

Date debt was incurred    November 19, 2020

Last four digits of account number

Do multiple creditors have an interest in the same property?

- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

- [x] Yes.  The relative priority of creditors is specified on lines     as Second Priority

Describe debtor's property that is subject to a lien

SUBSTANTIALLY ALL DEBTOR'S ASSETS

$1,366,520.00    $1,366,520.00

Describe the lien

See Global Notes

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**2.4**

Creditor's name

MAUREEN LAMB

Creditor's mailing address

3900 BALCOM ROAD
SAN JOSE, CA 95148

Creditor's email address, if known

Date debt was incurred    November 19, 2020

Last four digits of account number

Do multiple creditors have an interest in the same property?

- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

- [x] Yes.  The relative priority of creditors is specified on lines     as Second Priority

Describe debtor's property that is subject to a lien

SUBSTANTIALLY ALL DEBTOR'S ASSETS

$308,720.00    $308,720.00

Describe the lien

See Global Notes

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 40 of 83

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

---

**2.5**

**Creditor's name**
MICHAEL WU

Describe debtor's property that is subject to a lien
SUBSTANTIALLY ALL DEBTOR'S ASSETS

$369,000.00

$369,000.00

**Creditor's mailing address**
13888 TRINITY AVENUE
SARATOGA, CA 95070

**Describe the lien**
See Global Notes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  November 19, 2020

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority.
☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes.  The relative priority of creditors is specified on lines     as Second Priority

---

**2.6**

**Creditor's name**
REMON KALDANI

Describe debtor's property that is subject to a lien
SUBSTANTIALLY ALL DEBTOR'S ASSETS

$136,666.00

$136,666.00

**Creditor's mailing address**
7502 AARON PLACE
SAN JOSE, CA 95139

**Describe the lien**
See Global Notes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  November 19, 2020

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority.
☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes.  The relative priority of creditors is specified on lines     as Second Priority

---

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 41 of 83

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |

---

**2.7**

**Creditor's name**
ROBERT MAIRE

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL DEBTOR'S ASSETS

                                                           $136,666.00       $136,666.00

**Creditor's mailing address**
50 MAKAMAH BEACH ROAD
NORTHPORT, NY 11768

**Describe the lien**
See Global Notes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Date debt was incurred**   November 19, 2020

**Last four digits of account number**

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

- [x] Yes. The relative priority of creditors is specified on lines    as Second Priority

---

**2.8**

**Creditor's name**
SCOTT JEWLER

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL DEBTOR'S ASSETS

                                                           $341,520.00       $341,520.00

**Creditor's mailing address**
392 HULL AVE
SAN JOSE, CA 95125

**Describe the lien**
See Global Notes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [ ] No
- [x] Yes

**Date debt was incurred**   November 19, 2020

**Last four digits of account number**

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

- [x] Yes. The relative priority of creditors is specified on lines    as Second Priority

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 42 of 83

| **Part 1:** | Additional Page(s) |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.9**

**Creditor's name**

SUNIL KAUL

**Creditor's mailing address**

21172 BANK MILL RD
SARATOGA, CA 95070

**Creditor's email address, if known**

Date debt was incurred   Unknown

Last four digits of
account number

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

- [x] Yes.  The relative priority of creditors is specified on lines     as Second Priority

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL DEBTOR'S ASSETS      $136,666.00      $136,666.00

**Describe the lien**

See Global Notes

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.10**

**Creditor's name**

THE FRANKLIN/MALNEKOFF TRUST, GREGG E
FRANKLIN, AND MARA B. MALKENOFF, and
THEIR SUCCESSORS, AS TRUSTEE, UNDER
TRUST AGREEMENT DATED JANUARY 12, 2016

**Creditor's mailing address**

22 SANDIA HEIGHTS DR, NE
ALBUQUERQUE, NM 87122

**Creditor's email address, if known**

Date debt was incurred   November 19, 2020

Last four digits of
account number

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

- [x] Yes.  The relative priority of creditors is specified on lines     as Second Priority

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL DEBTOR'S ASSETS      $410,000.00      $410,000.00

**Describe the lien**

See Global Notes

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 43 of 83

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim**<br>Do not deduct the<br>value of collateral | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.11**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|

SUBSTANTIALLY ALL DEBTOR'S ASSETS

**THE LEVY FAMILY TRUST DATED FEBRUARY 18, 1983**

Amount of Claim: **$2,733,260.00**
Value of collateral: **$2,733,260.00**

Creditor's mailing address
**51 UNIVERSITY AVE**
**LOS GATOS, CA 95030**

Describe the lien

See Global Notes

Creditor's email address, if known

Is the creditor an insider or related party?

- [x] No
- [ ] Yes

Date debt was incurred   **November 19, 2020**

Is anyone else liable on this claim?

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last four digits of account number

Do multiple creditors have an interest in the same property?

- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

- [x] Yes.  The relative priority of creditors is specified on lines    as Second Priority

**2.12**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|

**THE MCWHIRTER LIVING TRUST**

SUBSTANTIALLY ALL DEBTOR'S ASSETS

Amount of Claim: **$273,332.00**
Value of collateral: **$273,332.00**

Creditor's mailing address
**19252 SELLINS VIEW CT**
**REDDING, CA 96003**

Describe the lien

See Global Notes

Creditor's email address, if known

Is the creditor an insider or related party?

- [x] No
- [ ] Yes

Date debt was incurred   **November 19, 2020**

Is anyone else liable on this claim?

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last four digits of account number

Do multiple creditors have an interest in the same property?

- [ ] No
- [x] Yes. Have you already specified the relative priority?
- [ ] No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

- [x] Yes.  The relative priority of creditors is specified on lines    as Second Priority

| **Part 1:** | **Additional Page(s)** |
|---|---|

| | **Amount of Claim**<br>Do not deduct the<br>value of collateral | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.13**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| US SMALL BUSINESS ADMINISTRATION | SUBSTANTIALLY ALL DEBTOR'S ASSETS | $517,000.00 | $517,000.00 |

**Creditor's mailing address**

409 3RD ST SW
WASHINGTON, DC 20416

**Describe the lien**

See Global Notes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**  April 1, 2020

**Last four digits of
account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes.  The relative priority of creditors is specified on lines      as First Priority

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 45 of 83

| Debtor Name | SVXR, Inc. | |
|---|---|---|
| **United States Bankruptcy Court for the Northern District of California** | | |
| Case number (if known): | **21-51050** | ☐ Check if this is an amended filing |

## Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**    If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| | ☐ No | | |
| | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          ) | | | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 46 of 83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ALAN K CRANDALL
815 ELMIRA DR
SUNNYVALE, CA 94087

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE
EMPLOYMENT AGREEMENT

Is the claim subject to offset?
[✓] No
[ ] Yes

$6,000.00

---

**3.2** **Nonpriority creditor's name and mailing address**
ANNETTE JANCZURA
34843 CANDICE CT
FREMONT, CA 94555

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE
EMPLOYMENT AGREEMENT

Is the claim subject to offset?
[✓] No
[ ] Yes

$10,500.00

---

**3.3** **Nonpriority creditor's name and mailing address**
BAKER BOTTS LLP
910 LOUISIANA ST
HOUSTON, TX 77002

**Date or dates debt was incurred**
4/17/2021

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
ACCOUNTS PAYABLE

Is the claim subject to offset?
[✓] No
[ ] Yes

$4,744.35

---

**3.4** **Nonpriority creditor's name and mailing address**
BAKER BOTTS LLP
910 LOUISIANA ST
HOUSTON, TX 77002

**Date or dates debt was incurred**
5/24/2021

**Last 4 digits of account number**

As of the petition filing date, the claim is:
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
ACCOUNTS PAYABLE

Is the claim subject to offset?
[✓] No
[ ] Yes

$118,891.75

---

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 47 of
83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<b>Amount of claim</b>

---

**3.5**   **Nonpriority creditor's name and mailing address**

BAKER BOTTS LLP
910 LOUISIANA ST
HOUSTON, TX 77002

**Date or dates debt was incurred**
6/8/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $12,334.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**   **Nonpriority creditor's name and mailing address**

BAKER BOTTS LLP
910 LOUISIANA ST
HOUSTON, TX 77002

**Date or dates debt was incurred**
6/15/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $119,330.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7**   **Nonpriority creditor's name and mailing address**

BAKER BOTTS LLP
910 LOUISIANA ST
HOUSTON, TX 77002

**Date or dates debt was incurred**
7/16/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $37,467.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**

BAKER BOTTS LLP
910 LOUISIANA ST
HOUSTON, TX 77002

**Date or dates debt was incurred**
8/1/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $6,855.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 48 of 83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.9**   **Nonpriority creditor's name and mailing address**

BONNIE J SMITHSON
1104 BURNTWOOD CT
SUNNYVALE, CA 94089

**As of the petition filing date, the claim is:**      $10,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**

BOON SUNG (ANDY) KHOR
775, WOODLANDS CRESCENTS, STE 10-18
730775
SINGAPORE

**As of the petition filing date, the claim is:**      $6,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**

CHALLENTECH INTERNATIONAL CORPORATION
NO 21, TAIHE RD
ZHUBEI CITY, HSINCHU COUNTY
TAIWAN

**As of the petition filing date, the claim is:**      $18,938.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
12/31/2020

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.12**   **Nonpriority creditor's name and mailing address**

CHALLENTECH INTERNATIONAL CORPORATION
NO 21, TAIHE RD
ZHUBEI CITY, HSINCHU COUNTY
TAIWAN

**As of the petition filing date, the claim is:**      $1,200.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
12/31/2020

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

|  | **Amount of claim** |
|---|---|

**3.13**

**Nonpriority creditor's name and mailing address**
CHALLENTECH INTERNATIONAL CORPORATION
NO 21, TAIHE RD
ZHUBEI CITY, HSINCHU COUNTY
TAIWAN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $6,312.50

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
12/31/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
CHALLENTECH INTERNATIONAL CORPORATION
NO 21, TAIHE RD
ZHUBEI CITY, HSINCHU COUNTY
TAIWAN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $400.00

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
12/31/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**
CIMETRIX INC
6979 HIGH TECH DR
SALT LAKE CITY, UT 84047

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $14,000.00

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
4/30/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**
COMET
100 TRAP FALLS RD EXT
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $32,775.00

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
7/1/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          5 of 19

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.17** **Nonpriority creditor's name and mailing address**

D&D COMPRESSOR INC
347 COMMERCIAL ST
SAN JOSE, CA 95112

**Date or dates debt was incurred**
7/1/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$454.94

---

**3.18** **Nonpriority creditor's name and mailing address**

DEEPAK TIWARI
384 COUNTRYBOOK LOOP
SAN RAMON, CA 94583

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.19** **Nonpriority creditor's name and mailing address**

DNIV INTERNATIONAL PTE LTD
26 SIN MING LN, STE 04-125
MIDVIEW CITY, 573971
SINGAPORE

**Date or dates debt was incurred**
7/31/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☐ No
☑ Yes

$12,527.50

---

**3.20** **Nonpriority creditor's name and mailing address**

FRANCISCO J MACHUCA
4159 MIDVALE AVE
OAKLAND, CA 94602

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,000.00

---

Case: 21-51050    Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 51 of 83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.21** Nonpriority creditor's name and mailing address

FRANK CHEN
10095 BRET AVE
CUPERTINO, CA 95014

As of the petition filing date, the claim is:                    $10,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.22** Nonpriority creditor's name and mailing address

FRED ARON
527 SUMNER ST
SANTA CRUZ, CA 95062

As of the petition filing date, the claim is:                    $6,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.23** Nonpriority creditor's name and mailing address

FRED DUEWER
286 LA CROSSE DR
MILPITAS, CA 95035

As of the petition filing date, the claim is:                    $10,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.24** Nonpriority creditor's name and mailing address

FRED E BABIAN
3708 REDWOOD CIR
PALO ALTO, CA 94306

As of the petition filing date, the claim is:                    $10,500.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Case: 21-51050      Doc# 88      Filed: 08/27/21      Entered: 08/27/21 21:07:12      Page 52 of
83

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

| | Amount of claim |
|---|---|

**3.25**

**Nonpriority creditor's name and mailing address**
GUOJING HOU
1253 COLLINS LN
SAN JOSE, CA 95129

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$6,000.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
HAK SIM
41 EL PRISMA
RANCHO SANTA MARGARITA , CA 92688

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$6,000.00

---

**3.27**

**Nonpriority creditor's name and mailing address**
HAWK RIDGE SYSTEMS
575 CLYDE AVE, STE 420
MOUNTAIN VIEW, CA 94043

**Date or dates debt was incurred**
7/1/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,995.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
HENRY PENG
2235 CHERRYSTONE DR
SAN JOSE, CA 95128

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$6,000.00

---

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 53 of 83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.29**   **Nonpriority creditor's name and mailing address**

HOECHEOL (MICHAEL) HWANG
801-1404, 8, SEONSUCHON-RO
NAMDONG-GU
INCHEON
KOREA

**As of the petition filing date, the claim is:**     $6,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.30**   **Nonpriority creditor's name and mailing address**

HOUDONG GU
626 AMALFI LP
MILPITAS, CA 95035

**As of the petition filing date, the claim is:**     $6,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.31**   **Nonpriority creditor's name and mailing address**

ILLYA KATSYUK
535 VILLA CENTRE WAY
SAN JOSE, CA 95128

**As of the petition filing date, the claim is:**     $6,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.32**   **Nonpriority creditor's name and mailing address**

JOE LECHER
236 ACACANES DR, APT 7
SUNNYVALE, CA 94086

**As of the petition filing date, the claim is:**     $6,000.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 54 of 83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,000.00
JOJO CHANG
392 HULL AVE
SAN JOSE, CA 95125

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,000.00
JUSTIN SLATER
1710 SALAMONI CT
SAN JOSE, CA 95134

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,000.00
KENNETH PT GUEVARA
2155 LANAI AVE, APT 171
SAN JOSE, CA 95122

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various Dates

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,339.50
KEYENCE CORP OF AMERICA
500 PARK BLVD
ITASCA, IL 60143

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
8/1/2021

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 55 of 83

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

                                                              **Amount of claim**

**3.37**

**Nonpriority creditor's name and mailing address**
LASER MARK'S COMPANY LLC
2109 O'TOOLE AVE, STE S
SAN JOSE, CA 95131

**As of the petition filing date, the claim is:**       $350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
8/1/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**

**Nonpriority creditor's name and mailing address**
LINDA NGO
5687 KEYMAR DR
SAN JOSE, CA 95123

**As of the petition filing date, the claim is:**       $6,000.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

**Nonpriority creditor's name and mailing address**
MAI ONE LLC
50 BONAVENTURA DR
SAN JOSE, CA 95134

**As of the petition filing date, the claim is:**       $28,785.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
7/23/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.40**

**Nonpriority creditor's name and mailing address**
MICHAEL E ROMERO
1421 DONOHUE DR
SAN JOSE, CA 95131

**As of the petition filing date, the claim is:**       $10,500.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 56 of
83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | **Amount of claim** |
|---|---|

**3.41**

**Nonpriority creditor's name and mailing address**

MICHAEL H JUPINA
4248 BEVILACQUA CT
PLEASANTON, CA 94566

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$16,000.00

---

**3.42**

**Nonpriority creditor's name and mailing address**

NABIL F DAWAHRE OLIVIERI
20 HENSLEY ST, APT 6
SAN JOSE, CA 95112

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$10,500.00

---

**3.43**

**Nonpriority creditor's name and mailing address**

NAGESH AVADHANY
1564 STEMEL WAY
MILPITAS, CA 95035

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$16,000.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

NAVITAR - SPECIAL OPTICS
200 COMMERCE DR
ROCHESTER, NY 14623

**Date or dates debt was incurred**
4/1/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$49,291.14

Case: 21-51050     Doc# 88     Filed: 08/27/21     Entered: 08/27/21 21:07:12     Page 57 of
83

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

**3.45** Nonpriority creditor's name and mailing address      $49,000.00

NAVITAR - SPECIAL OPTICS
200 COMMERCE DR
ROCHESTER, NY 14623

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
6/1/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address      $10,500.00

OLEG MISHIN
653 SCORPIO LN
SAN MATEO, CA 94404

As of the petition filing date, the claim is:

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address      $29,820.00

OWENS DESIGN INC
47427 FREMONT BLVD
FREMONT, CA 94538

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
7/9/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.48** Nonpriority creditor's name and mailing address      $122,703.00

OWENS DESIGN INC
47427 FREMONT BLVD
FREMONT, CA 94538

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
7/22/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

Case: 21-51050   Doc# 88  Filed: 08/27/21  Entered: 08/27/21 21:07:12  Page 58 of 83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.49** **Nonpriority creditor's name and mailing address**

OWENS DESIGN INC
47427 FREMONT BLVD
FREMONT, CA 94538

As of the petition filing date, the claim is:         $8,359.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
7/9/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

OWENS DESIGN INC
47427 FREMONT BLVD
FREMONT, CA 94538

As of the petition filing date, the claim is:         $64,355.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
7/9/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**

RABINDRANATH N MAHADEVAN
538 COTTAGE PARK DR
HAYWARD, CA 94544

As of the petition filing date, the claim is:         $6,000.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**

RADCAL CORPORATION
426 W DUARTE RD
MONROVIA, CA 91016

As of the petition filing date, the claim is:         $7,587.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
6/1/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 21-51050      Doc# 88      Filed: 08/27/21      Entered: 08/27/21 21:07:12      Page 59 of
83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.53**

**Nonpriority creditor's name and mailing address**
RADHIKA JUJJAVARAPU
5667 CROYDON AVE
SAN JOSE, CA 95118

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[X] No
[ ] Yes

$6,000.00

---

**3.54**

**Nonpriority creditor's name and mailing address**
RHIANNON F BROOKS
476 S 2ND ST
SAN JOSE, CA 95113

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[X] No
[ ] Yes

$6,000.00

---

**3.55**

**Nonpriority creditor's name and mailing address**
SAM CHAO
1239 SAJAK AVE
SAN JOSE, CA 95131

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[X] No
[ ] Yes

$16,000.00

---

**3.56**

**Nonpriority creditor's name and mailing address**
SAS WORLD HEADQUARTERS
SAS CAMPUS DR
CARY, NC 27513

**Date or dates debt was incurred**
8/1/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[X] No
[ ] Yes

$5,440.00

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 60 of 83

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.57**    **Nonpriority creditor's name and mailing address**

SHINJI LI
NO 21, TAIHE RD 3F
ZHUBEI CITY, HSINCHU COUNTY 30267
TAIWAN ROC

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE
EMPLOYMENT AGREEMENT

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$6,000.00

---

**3.58**    **Nonpriority creditor's name and mailing address**

ULINE
12575 ULINE DR
PLEASANT PRAIRIE, WI 53158

**Date or dates debt was incurred**
7/1/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$920.36

---

**3.59**    **Nonpriority creditor's name and mailing address**

WINSTON & STRAWN, LLP
35 W WACKER DR
CHICAGO, IL 60601

**Date or dates debt was incurred**
3/22/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$47,294.00

---

**3.60**    **Nonpriority creditor's name and mailing address**

WINSTON & STRAWN, LLP
35 W WACKER DR
CHICAGO, IL 60601

**Date or dates debt was incurred**
3/31/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$4,485.00

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 61 of 83

**3.61** **Nonpriority creditor's name and mailing address**

YURI V SYROV
1549 PRINCETON DR
SAN JOSE, CA 95118

**As of the petition filing date, the claim is:** $10,500.00

[X] Contingent

[ ] Unliquidated

[ ] Disputed

**Basis for the claim:**

EMPLOYEE
EMPLOYMENT AGREEMENT

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account number**

**Is the claim subject to offset?**

[X] No

[ ] Yes

Case: 21-51050     Doc# 88     Filed: 08/27/21     Entered: 08/27/21 21:07:12     Page 62 of 83

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

Case: 21-51050     Doc# 88     Filed: 08/27/21     Entered: 08/27/21 21:07:12     Page 63 of 83

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                                  $0.00

**5b. Total claims from Part 2**                                                          $1,086,455.87

**5c. Total claims of Parts 1 and 2**
   Lines 5a + 5b = 5c                                                                      $1,086,455.87

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 64 of 83

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | 80/20 INC<br>1701 S 400 E<br>COLUMBIA CITY, IN 46725 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS | 8X8<br>2125 O'NEL DR<br>SAN JOSE, CA 95131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | TAX ACCOUNTANT | ABBOT STRINGHAM LYNCH<br>1530 MERIDIAN AVE, 2ND FL<br>SAN JOSE, CA 95125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | IMMIGRATION ATTORNEY | ACCEL VIXA ATTORNEYS<br>123 ESTUDILLO AVE, STE 201<br>SAN LEANDRO, CA 94577 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | JOINT DEV AGREEMENT | ADVANCE SEMICONDUCTOR ENGINEERING (ASE)<br>26 CHIN THIRD RD<br>SAN JOSE, CA 95125 |
| | State the term remaining | 3/17/2024 | |
| | List the contract number of any government contract | | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 65 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | APPLIED ENGINEERING<br>6341 SAN IGNACIO AVE, STE 10<br>SAN JOSE, CA 95119 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | AVAGO<br>1320 RIDDER PARK DR<br>SAN JOSE, CA 95131 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL | BAKER BOTTS<br>910 LOUISIANA ST<br>HOUSTON, TX 77002 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT - AUDIT SERVICES | BAKER TILLY (FORMERLY SQUAR MILNER)<br>4807 INNOVATE LN<br>MADISON, WI 53707-7398 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | BUILDING SECURITY (70 BONAVENTURA) | BAY ALARM<br>1290 HAMMERWOOD AVE<br>SUNNYVALE, CA 94089 |
|  | State the term remaining<br>List the contract number of any government contract | 9/23/2022 | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | BUILDING SECURITY (90 & 92 BONAVENTURA) | BAY ALARM<br>1290 HAMMERWOOD AVE<br>SUNNYVALE, CA 94089 |
|  | State the term remaining<br>List the contract number of any government contract | 9/23/2022 | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 66 of 83

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING AGENCY | BLACK DIAMOND SERVICES<br>23 MAIN ST<br>ANDOVER, MA 1810 |
| | State the term remaining | 10/7/2021 | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER/CAPITAL PURCHASE AGREEMENT | BROADCOM<br>AVAGO TECHNOLOGIES US INC<br>C/O AVAGO TECHNOLOGIES (M) SDN BHD<br>1320 RIDDER PARK DR<br>SAN JOSE, CA 95131 |
| | State the term remaining | 9/20/2021 | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | BROOKS AUTOMATION<br>15 ELIZABETH DR<br>CHELMSFORD, MA 01824 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANT | BYRON PINTO (CODE ADMIRAL LLC)<br>1902 NORTHSTAR WAY, STE 110<br>SAN MARCOS, CA 92078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | CDC PACKAGING<br>8 FANARAS DR<br>SALISBURY, MA 01952 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | LEASE - TW BRANCH | CHALLENTECH<br>NO 21, TAIHE RD<br>ZHUBEI CITY<br>HSINCHU COUNTY<br>TAIWAN, ROC |
| | State the term remaining | 11/30/2021 | |
| | List the contract number of any government contract | | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 67 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **SALES REP AGREEMENT** | **CHALLENTECH**<br>**NO 21, TAIHE RD**<br>**ZHUBEI CITY**<br>**HSINCHU COUNTY**<br>**TAIWAN, ROC** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTANT** | **CHRISSAN LLC (DOUG)**<br>**16865 KENNEDY RD**<br>**LOS GATOS, CA 95032** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **CIMETRIX**<br>**6979 HIGH TECH DR**<br>**SALT LAKE CITY, UT 84047-3757** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **IT SERVICES** | **CLOUD 1 SOLUTIONS**<br>**120 MISTY CT**<br>**SANTA CRUZ, CA 95060** |
| | State the term remaining | 2/16/2023 | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **BUSINES INTERNET** | **COMCAST XFINITY**<br>**3011 COMCAST PL**<br>**LIVERMORE, CA 94551** |
| | State the term remaining | 9/1/2021 | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **CLEANING SERVICES** | **COVERALL NORTH AMERICA INC**<br>**2955 MOMENTUM PL**<br>**CHICAGO, IL 60689** |
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 68 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | D&D COMPRESSOR<br>347 COMMERCIAL ST<br>SAN JOSE, CA 95112 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | DAVID ADLER<br>6060 GUADALUPE MINES CT<br>SAN JOSE, CA 95120 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | DNIV INTERNATIONAL PTE LTD<br>26 SIN MING LN, NO 04-125<br>MIDVIEW CITY, 573971<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | DATA ROOM | DONNELLEY WINSON (VENUE)<br>35 W WACKER DR<br>CHICAGO, IL 60601 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | DRSI (DIGITAL REPROGRAPHICS)<br>12880 NE 21ST PL<br>BELLEVUE, WA 98005 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | SECURITIES MANAGEMENT SUBSCRIPTION | ESHARES DBA CARTA<br>195 PAGE MILL RD, STE 101<br>PALO ALTO, CA 94306 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 69 of 83

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **EVERTEAM INTERNATIONAL CORP**<br>**15TH FL, -1 NO 287, SEC2, KUANG FU RD**<br>**HSIN CHU CITY, 300**<br>**TAIWAN, ROC** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | **RECRUITING AGENCY** | **EXPERT HIRING**<br>**991 RTE 22 W, STE 200**<br>**BRIDGEWATER, NJ 08807** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **EXXACT CORPORATION**<br>**46221 LANDING PKWY**<br>**FREMONT, CA 94538** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | **SHIPPING** | **FEDERAL EXPRESS**<br>**P.O. BOX 7221**<br>**PASADENA, CA 91109** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | **PAYROLL/LEGAL PROCESSING FOR TAIWAN** | **FIDELITY & CO (TAIWAN)**<br>**4F, NO 341, HSIN-YI RD SEC 4**<br>**TAIPEI**<br>**TAIWAN, ROC** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE REIMBURSEMENT** | **FRANK CHEN - REIMB**<br>**10095 BRET AVE**<br>**CUPERTINO, CA 95014** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Case: 21-51050     Doc# 88     Filed: 08/27/21     Entered: 08/27/21 21:07:12     Page 70 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE REIMBURSEMENT** | **FRED DUEWER - REIMB**<br>**286 LA CROSSE DR**<br>**MILPITAS, CA 95035** |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | **INVESTOR** | **GRAND PROCESS TECHNOLOGY CORP (GPTC) TAIWAN**<br>**NO 89, SEC 6, ZHONGHUA RD**<br>**HSINCHU CITY, 30095**<br>**TAIWAN, ROC** |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | **INVESTMENT BANKER** | **GREEN HILL**<br>**1271 AVENUE OF THE AMERICAS**<br>**NEW YORK, NY 10020** |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | 9/13/2021 | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **HAWK RIDGE SYSTEMS**<br>**575 CLYDE AVE, STE 420**<br>**MOUNTAIN VIEW, CA 94043** |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTANT** | **HOUFU YAN**<br>**6060 GUADALUPE MINES CT**<br>**SAN JOSE, CA 95120** |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **HUA FANG TECHNOLOGY**<br>**NO 22ND, THE 31ST RD**<br>**TAICHUNG INDUSTRIAL PARK**<br>**TAICHUNG CITY**<br>**TAIWAN, ROC** |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Case: 21-51050     Doc# 88     Filed: 08/27/21     Entered: 08/27/21 21:07:12     Page 71 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | HUBSPOT (ATTRACT AND CLOSE)<br>25 FIRST ST, 2ND FL<br>CAMBRIDGE, MA 2141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | IDEX HEALTH AND SCIENCE LLC<br>1250 ROCHESTER ST<br>LIMA, NY 14485 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | ADVISOR | JAN VARDAMAN<br>12350 NW MAPLE HILL LN<br>PORTLAND, OR 97229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANT | JANET TAYLOR<br>4252 BEE CREEK RD<br>SPICEWOOD , TX 78669 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | KEYENCE CORP OF AMERICA<br>500 PARK BLVD<br>ITASCA, IL 60143 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | L&B LABORATORIES, INC<br>1660 MABURY RD<br>SAN JOSE, CA 95133 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE REIMBURSEMENT** | **LINDA NGO - REIMB**<br>**5687 KEYMAR DR**<br>**SAN JOSE, CA 95123** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | **TELECOMMUNICATIONS** | **LOGMEIN**<br>**320 SUMMER ST**<br>**BOSTON, MA 02210** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | **BUILDING RENT (70, 90, 92 BONAVENTURA)** | **MAI ONE**<br>**50 BONAVENTURA DR**<br>**SAN JOSE, CA 95134** |
| | State the term remaining | 8/31/2022 | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTANT** | **MAUREEN LAMB (MABERE LLC)**<br>**3900 BALCOM RD**<br>**SAN JOSE, CA 95148** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **MCMASTER - CARR**<br>**P.O. BOX 7690**<br>**CHICAGO, IL 60680** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE REIMBURSEMENT** | **MICHAEL JUPINA - REIMB**<br>**4248 BEVILACQUA CT**<br>**PLEASANTON, CA 94566** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 73 of 83

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | ADVISOR | MICHAEL MING-YIH WU<br>13888 TRINITY AVE<br>SARATOGA, CA 95070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | ADVISOR | MICHAEL R SCHEINFEIN<br>12350 NW MAPLE HILL LN<br>PORTLAND, OR 97229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANT | MICHAUN AUZENNE<br>2633 FORDHAM ST<br>PALO ALTO, CA 94303 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | BLT (BONDLINE THICKNESS) DEV ENGAGEMENT | MICRON CDA/NRE<br>NO 369, SEC 4, SANFONG RD<br>HOULI DISTRICT<br>TAICHUNG CITY, 421<br>TAIWAN, ROC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | MISUMI USA<br>1717 PENNY LN, STE 200<br>SCHAUMBURG, IL 60173 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | MK UNIVERSAL LLC<br>6860 N DALLAS PKWY, STE 200<br>PLANO, TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 74 of 83

███    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

List all contracts and unexpired leases          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | **NANOLAB TECHNOLOGIES INC**<br>**1708 MCCARTHY BLVD,**<br>**MILPITAS, CA 95035** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | **NAVITAR - SPECIAL OPTICS**<br>**200 COMMERCE DR**<br>**ROCHESTER, NY 14623** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | ACCOUNTING SOFTWARE | **NETSUITE (ORACLE)**<br>**500 ORACLE PKWY**<br>**REDWOOD SHORES, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | 2/4/2024 | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | **NEWPORT CORPORATION**<br>**27631 NETWORK PL**<br>**CHICAGO, IL 60673** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | **NEXT SERVICE/TECHNIK**<br>**400 CHISOLM PL, STE 310**<br>**PLANO, TX 75075** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | NETSUITE IMPLEMENTATION | **ORACLE**<br>**15612 COLLECTIONS CENTER DR**<br>**CHICAGO, IL 60693** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 75 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURER | OWENS DESIGN<br>47427 FREMONT BLVD<br>FREMONT, CA 94538 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | PEO PROVIDER FOR SINGAPORE EMPOYEE | PAPAYA GLOBAL<br>1460 BROADWAY<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | RETIREMENT FUDICIARY | PARKWORTH<br>1737 N FIRST ST, STE 290<br>SAN JOSE, CA 95112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL AND RETIREMENT ADMIN | PAYCHEX<br>911 PANORAMA TRAIL S<br>ROCHESTER, NY 14625 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | PROTOLABS<br>5540 PIONEER CREEK DR<br>MAPLE PLAIN, MN 55359 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | RADCAL CORPORATION<br>426 W DUARTE RD<br>MONROVIA, CA 91016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 76 of 83

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | WASTE COLLECTION | REPUBLIC SERVICES<br>1601 DIXON LANDING RD<br>MILPITAS, CA 95035 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | SAINT GOBAIN CERAMICS & PLASTICS, INC<br>104 ROUTE DE LARCHANT<br>ST PIERRE LES NEMOURS, 77140<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE | SAS WORLD HEADQUARTERS<br>SAS CAMPUS DR<br>CARY, NC 27513 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | SALES REP AGREEMENT | SHIIMA<br>2-82 HANASAKI-CHO, NAKA-KU<br>YOKOHAMA, 231-0063<br>JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | SIERRA CIRCUITS<br>1108 W EVELYN AVE<br>SUNNYVALE, CA 94086 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING AGENCY | SIMPLE SOFTWARE SOLUTIONS (SSS) GROUP<br>3540 FOREST HILL BLVD, STE 202<br>WEST PALM BEACH, FL 33406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Case: 21-51050   Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12   Page 77 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **SPELLMAN**<br>**475 WIRELESS BLVD**<br>**HAUPPAUGE, NY 11788** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | **SALES REP AGREEMENT** | **SRK GROUP (SUNIL KAUL)**<br>**21172 BANK MILL RD**<br>**SARATOGA, CA 95070** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **STANFORD NANO SHARED FACILITY (SNSF)**<br>**348 VIA PUEBLO**<br>**STANFORD, CA 94305** |
| | State the term remaining<br>List the contract number of any government contract | 2/3/2023 | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | **RADIATION PERMIT** | **STATE OF CA HEALTH AND HUMAN SERVICES**<br>**CA DEPT OF PUBLIC HEALTH**<br>**RADIOLOGY HEALTH BRANCH MS 7610**<br>**P.O. BOX 997414**<br>**SACRAMENTO, CA 95899** |
| | State the term remaining<br>List the contract number of any government contract | 3/31/2023 | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **STG MACHINE**<br>**481 GIANNI ST**<br>**SANTA CLARA, CA 95054** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT AGREEMENT** | **SUDHAKAR RAMAN**<br>**1103 TRUMPET VINE LN**<br>**SAN RAMON, CA 94583** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Case: 21-51050    Doc# 88   Filed: 08/27/21   Entered: 08/27/21 21:07:12    Page 78 of 83

Debtor Name  **SVXR, Inc.**                                 Case number (if known): **21-51050**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING AGENCY | SWOON GROUP LLC<br>300 S WACKER, STE 300<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER | TAIWAN SEMICONDUCTOR<br>NO 8, LI-HSIN ROD, VI<br>HSINCHU SCIENCE PARK<br>HSINCHU, 300-78<br>TAIWAN, ROC |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING AGENCY | THE MICE GROUPS<br>1730 S AMPHLETT BLVD, STE 100<br>SAN MATEO, CA 94402 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | ADVISOR | TIMOTHY STULTZ<br>969 PIEMONTE DR<br>PLEASANTON, CA 94566 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANT | TREP CAPITAL<br>930 COVINGTON RD<br>LOS ALTOS, CA 94024 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING AGENCY | TRIPLE CROWN CONSULTING LLC<br>10814 JOLLYVILLE RD<br>BLDG 4, STE 100<br>AUSTIN, TX 78759 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **ULINE**<br>**12575 ULINE DR**<br>**PLEASANT PRAIRIE, WI 53158** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **VAREX**<br>**3835 CARNATION ST**<br>**FRANKLIN PARK, IL 60131** |
| | State the term remaining<br>List the contract number of any government contract | 4/8/2023 | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL** | **WINSTON & STRAWN**<br>**35 W WACKER DR**<br>**CHICAGO, IL 60601** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | **SALES REP AGREEMENT** | **WOOWON**<br>**1903 PARKVIEW TOWER**<br>**248 JEONGJIAL-RO**<br>**BUDANG-GU, SEONGNAM-SI**<br>**GYEONGGI-DO, 13554**<br>**KOREA** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLIER** | **XPC CORPORATION**<br>**230 YUMA ST**<br>**DENVER, CO 80223** |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE** | **YXLON (COMET)**<br>**100 TRAP FALLS RD, EXT**<br>**SHELTON , CT 6484** |
| | State the term remaining<br>List the contract number of any government contract | 9/14/2021 | |

Case: 21-51050    Doc# 88    Filed: 08/27/21    Entered: 08/27/21 21:07:12    Page 80 of 83

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | **CONSULTANT** | **ZELINQ LLC**<br>**2398 WESTGATE AVE**<br>**SAN JOSE, CA 95125** |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Name **SVXR, Inc.**

**United States Bankruptcy Court for the Northern District of California**

Case number (if known): **21-51050**

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 **DAVID L ADLER** | **6060 GUADALUPE MINES COURT SAN JOSE, CA 95120** | US Small Business Adminstration | ☒ D<br>☐ E/F<br>☐ G |

Official Form 206H    **Schedule H: Codebtors**    Page 1 of 1

| Debtor Name | SVXR, Inc. |
|---|---|

**United States Bankruptcy Court for the Northern District of California**

Case Number: 21-51050

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Executive Officer of the SVXR, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 64 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  8/27/2021

MM / DD / YYYY

Signature          /s/Daniel Trepanier

Daniel Trepanier

Printed Name

Chief Executive Officer

Title